FILED
11/5/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 11/11) Criminal Complaint  AUSA Thomas P. Peabody, (312) 353-4307

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NUMBER: 1:25-cr-00718 |
| JOSE BRITO | **UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about June 15, 2023, at Elgin, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a). | being an alien last removed from the United States on or about August 20, 2005, was present and found in the United States without previously having obtained the express consent of the Secretary of Homeland Security for reapplication by defendant for admission into the United States |

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

_Digitally signed by RENEE D FALS_
_Date: 2025.11.05 12:08:00 -06'00'_

RENEE FALS
Deportation Officer, Immigration & Customs Enforcement (ICE)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 5, 2025

_Judge's signature_

City and state: Chicago, Illinois

JEFFREY T. GILBERT, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, RENEE FALS, being duly sworn, state as follows:

1. I am a Deportation Officer with Immigration and Customs Enforcement (ICE) and have been employed by ICE for 18 years. My current responsibilities include the investigation of federal criminal violations, including those relating to deportation and aliens. I have received training concerning immigration laws, policies, and procedures, including those related to the reentry of previously deported aliens. I have successfully completed basic immigration law enforcement training, as required by Title 8, Code of Federal Regulations, Section 287.5(e)(3)(iv).

2. This affidavit is submitted in support of a criminal complaint alleging that Jose BRITO has violated Title 8, United States Code, Section 1326(a), Reentry of Removed Alien, by being present and found in the United States after having previously been removed. Because I submit this affidavit for the limited purpose of establishing probable cause to support a criminal complaint charging BRITO with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe establish that BRITO committed the offense stated in the complaint. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by other persons identified in this affidavit, and my review of records maintained by ICE,

other components of the Department of Homeland Security (DHS), and other government agencies.

## PROBABLE CAUSE

3. As set forth below, Jose BRITO is a Mexican national with no claim to U.S. citizenship or lawful residence. He was removed in 2005 and, in 2023, was arrested in Elgin, Illinois, and ultimately convicted of Sexual Exploitation of a Child. Fingerprints from the 2005 removal and the 2023 arrest confirm BRITO's identity, and DHS records show no indication that he has applied for reentry.

4. According to DHS records, on or about August 20, 2005, BRITO was ordered removed from the United States to Mexico by an immigration official in Douglas, Arizona. That same day, BRITO was removed from the United States to Mexico through Douglas, Arizona.

5. According to DHS records, following his 2005 removal, BRITO reentered the United States. More specifically, DHS records reflect that on or about June 15, 2023, BRITO was arrested by the Elgin Police Department in Elgin, Illinois and fingerprinted. The fingerprints were electronically uploaded into the Federal Bureau of Investigations, Integrated Automated Fingerprint Identification System ("IAFIS"). DHS records also reflect that BRITO has not applied for or received permission from the Secretary of the Department of Homeland Security to re-enter the United States.

6. According to the Kane County Circuit Court records, on or about August 28, 2024, BRITO was convicted of Sexual Exploitation of a Child and sentenced to four days imprisonment and two years conditional discharge.

7. On October 17, 2025, Homeland Security Investigations Forensic Laboratory conducted a fingerprint comparison analysis and verified that the Jose BRITO arrested on June 15, 2023, is the same Jose BRITO who was removed from the United States on or about August 20, 2005.

8. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about June 15, 2023 at Elgin, Illinois, in the Northern District of Illinois, Eastern Division, BRITO, being an alien who was last removed from the United States on or about August 20, 2005, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NOT.

*Digitally signed by RENEE D FALS*
*Date: 2025.11.05 12:08:30 -06'00'*

RENEE FALS
Deportation Officer, Immigration & Customs Enforcement

SWORN TO AND AFFIRMED by telephone November 5, 2025.

Honorable Jeffrey T. Gilbert
United States Magistrate Judge

3